# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENTREAL JARBAR HOWARD

NO. 2020 KW 0487

AUG 1 7 2020

---

In Re:   Kentreal Jarbar Howard, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 718,291 c/w 744,470.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed on November 26, 2019, on or before October 7, 2020, if it has not already done so. A copy of the district court's action shall be filed in this court on or before October 21, 2020.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
        FOR THE COURT